1
2
3
4
5
6
# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| GREGORY RICHARDSON,<br><br>      Petitioner,<br><br>  v.<br><br>STUART SHERMAN (Warden),<br><br>      Respondent. | **Case No. LA CV 17-07406-VBF-PLA**<br><br>**ORDER**<br><br>Adopting Report & Recommendation;<br><br>**Dismissing the First Amended Petition with Prejudice as Untimely**;<br><br>Directing the Entry of Separate Judgment; Terminating & Closing the Action (**JS-6**) |

   The Court has reviewed the amended habeas petition, respondent's motion to dismiss, petitioner's opposition, and the R&R.  Petitioner did not  object to the R&R, and the Court finds no error of law, fact, or logic therein.  Thus, **the R&R [Doc #27] is ADOPTED**.

   Respondent's motion to dismiss **[Doc #19] is GRANTED**.

   The Amended Petition **[Doc #9] is DISMISSED <u>with</u> prejudice as untimely**.

   This action is DISMISSED with prejudice, and the case is TERMINATED (JS-6).

   IT IS SO ORDERED.


Dated:  September 13, 2018

          *Valerie Baker Fairbank*
          _____

        Hon. Valerie Baker Fairbank

       Senior United States District Judge