# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| GREGORY RICHARDSON,<br><br>    Petitioner,<br><br>  v.<br><br>STUART SHERMAN (Warden),<br><br>    Respondent. | No. LA CV 17-07406 -VBF-PLA<br><br>**FINAL JUDGMENT** |

Final judgment is hereby entered in favor of respondent and against petitioner Gregory Richardson. IT IS SO ADJUDGED.

Dated: September 13, 2018

*/s/ Valerie Baker Fairbank*
_____
Honorable Valerie Baker Fairbank
Senior United States District Judge